

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00700-CV

**IN RE** Stephen Patrick **BLACK**,
Appellant

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. CV-15-1805
Honorable Gary L. Steel, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Relator's motion for rehearing en banc is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
Keith E. Hottle
Clerk of Court